IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAMONE CURTIS WALKER**, <br><br> Plaintiff, <br><br> *v.* <br><br> **COURTNEY A. KEMP, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 2:21-0528-KSM** |

## ORDER

**AND NOW**, this 28th day of February, 2022, upon consideration of Defendants Courtney A. Kemp, End of Episode, Inc., Atmosphere Entertainment MM, LLC, Mark Canton, G-Unit Film & Television, Inc., Starz Entertainment Group, LLC, AXN Network, Inc., CBS Broadcasting Inc., Sony Pictures Entertainment Inc., Sony Pictures Home Entertainment Inc., and Sony Pictures Entertainment Online Inc.'s Motion to Dismiss Complaint (Doc. No. 25), Plaintiff's Response in Opposition to Motion to Dismiss Complaint (Doc. No. 29), Defendants' Reply in Support of Motion to Dismiss Complaint (Doc. No. 30), and Plaintiff's Sur-Reply in Opposition to Motion to Dismiss Complaint (Doc. No. 31), it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss Complaint (Doc. No. 25) is **GRANTED**.

      2.      Will Packer Productions, Inc., Allarco Entertainment L.P., doing business as Super Channel, and Allarco Entertainment 2008, Inc., doing business as Super Channel are **DISMISSED WITH PREJUDICE**.

      3.      The Clerk of Court is **DIRECTED** to mark the case as **CLOSED**.

**IT IS SO ORDERED.**

                                                    */s/ Karen Spencer Marston*

                                                  KAREN SPENCER MARSTON, J.